AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
## for the
### Western District of New York

United States of America

v.

Lisa Miller

*Defendant*

Case No. 14-CR-

14 CR 175

**FILED OCT 1 3 2021** — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **LISA MILLER**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspired with others to remove a child from the United States in violation of Title 18, United States Code, Section 1204;

With intent to obstruct the lawful exercise of parental rights, did knowingly remove, and aid and abet the removal of a child, all in violation of Title 18, United States Code, Sections 371, 1204 and 2.

Date: SEP 1 9 2014

*Issuing officer's signature*

City and State: Buffalo, New York

MICHAEL J. ROEMER
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on (date) 9/19/2014, and the person was arrested on (date) 2/25/2021, at (city and state) Buffalo, N.Y.

Date: 3/29/2021

*Arresting officer's signature*

Scott Baryza, Executive CIDUSM
*Printed name and title*