# Exhibit 2

☐ Keep me logged in    Forgot your password?
[Email]  [Password]  [Login]

[Sign Up]  Facebook helps you connect and share with the people in your life.



### A Note from Lisa
Back to Only One Mommy: The Story of Lisa and Isabella Miller

| Discussion Board | Topic View |

**Topic: A Note from Lisa**

Displaying all 3 posts.

---

**Debbie wrote**  on December 5, 2009 at 6:15pm

Post #1

I just wanted to thank all of you for your kind and encouraging words. Please know that I cherish your hopefulness, Bible verses/stories and words of praise for our God that you share with me via this forum. I also want to let you know that due to saving money I am not renewing my internet services. However, I will check FB periodically because when I do get on I am immediately encouraged by your faithfulness to our God by how you continue to praise Him –even through this "dark" ruling. Thank You. Please do continue to praise God "who is able to do immeasurably more than all we ask or imagine, according to his power that is work within us, to him be the glory" (Ephesians 3:20-21). Remember, "He will do only as much for us as we allow Him to do in us" (The Alliance). This reminds me of the widow's oil and Nahum washing in the river- if they did not believe 100% then they would not have been the recipient of our Father's miracles. Furthermore, also please remember that the widow would have received as much oil as the number of her containers- in other words, more faith- more oil.

I have been in prayer and Bible study over the matter of late and I believe that God is not finished. God is the God of the impossible: "Nothing is impossible with God" (Luke 1:37). "Therefore, may we continue to persevere, for even if we took our circumstances and cast all darkness of human doubt upon them and then hastily piled as many difficulties together as we could find against God's divine word, we could never move beyond the blessedness of His miracle - working power. May we place our faith completely in Him, for He is the God of the Impossible" (Streams in the Desert). Are we not here in my legal case? I choose to wait patiently on Him (Daniel 12:12) and continue to stand on His promise (for both Isabella and me) that "no weapon formed against thee shall prosper" (Isaiah 54:17). Let us continue to go forward in faith as Noah, Abraham, Moses, Joshua, Rahab, Daniel, Gideon, Barak, Samson, Jephthah, David and others who went forward (Hebrews 11).

"And He did not do many miracles there because of their unbelief" (Matthew 13:58).

Thank you again friends in Christ for "standing in the gap for Isabella and me."

"The prophets prophesy falsely, and the priests rule on their own authority. And my people love it so! But what will you do at the end of it?" (Jeremiah 5:31)

✶

---

**Debbie wrote**  on December 5, 2009 at 9:35pm

Post #2

Lisa, you and Isabella are in our prayers and in our hearts. We love you!

---



**Daniel wrote**  on December 5, 2009 at 5:44pm

Post #3

Lisa, I'm so sorry to learn about this legal battle you are in. I am fervently praying for both you and Isabella. I have contacted just about every Christian I know asking them to pray for you. We can look at this and worry, but God is in control and knows exactly what He is doing. Remember, no matter what happens, God will bring good out of this (Romans 8:28).

---

Facebook © 2010   English (US)    About  Advertising  Developers  Careers  Terms  Blog  Widgets  »  Find Friends  Privacy  Mobile  Help

Sign Up | Facebook helps you connect and share with the people in your life.

**Prayer Update from Lisa**
Back to Only One Mommy: The Story of Lisa and Isabella Miller

Discussion Board | Topic View

**Topic: Prayer Update from Lisa**

Displaying the only post.

**Debbie wrote** on September 6, 2010 at 3:40am

Post #1

Dear Friends,

Thank you for your prayers.

Praise the Lord, Judge Cohen did not transfer custody yesterday. Instead, he made a new order for unsupervised visitation for the end of September. He is confident that the state of Virginia will enforce his order.

In the meantime, we are still waiting for our appeal to be heard by the Virginia Appellate court on the first impression case of enforcement of the Vermont court order - that it is not the same as registering the order and therefore, the Vermont court order must be ignored by Virginia because of our Marriage rules.

Please continue to keep Isabella and me in your prayers.

In His Service,

Lisa Miller

Facebook © 2010  English (US)      About  Advertising  Developers  Careers  Terms  Blog  Widgets »  Find Friends  Privacy  Mobile  Help

000334
000334