# Exhibit 3



# LISA AND ISABELLA MILLER

☐

# Letters and News

< Back (/#wbb1)

Dear Brethren and Friends,

Greetings in the name of the Father Who is the Word.  Thank You to ALL who sent me birthday prayers, encouragement and good will.  You blessed me tremendously.

Many of you have expressed a desire to know more about my daily life in jail. It's really quite normal.  I try to keep to a schedule as much as possible.  Monday through Friday mornings typically find me folding, sorting and organizing the jail's uniforms, linens and shoes.  On Wed. and Sat. we have linen exchange, and for last Sat's exchange I made 208 setups (1 sheet, 1 pillowcase, 1 towel, 1 washcloth rolled up in another sheet) and 12 bedrolls (roll the sheets, towel and washcloth in a blanket and place the roll in a pillowcase.  The Wed. count varies from 100-125 and is for completely different units.

After lunch if need be I return to laundry, otherwise, I write letters.  After "lock-in" for shift change (2:30 pm - 3:15 pm), I keep occupied with talking to the girls, making phone calls, reading and or writing letters until around 6:00 pm when I usually put away my writing implements to stretch out on my bunk (bed) with a good read.  You all have blessed me tremendously in keeping my eyegate pure.  I read typed sermons, magazines (thank you to the "anonymous to me" sender of Bliss Victoria), and books.  The girls say I sure do read a lot of different types of books.  =)  they also teasingly claim I have 7 Bibles in my room when in reality I have two, one English and one Spanish.  Currently, I am reading <u>Under God's Arrest</u>, (Ida B. Bontrager), and a biographical book on a "wrenching personal expression… to clear his head [author's] of madness and alcohol".  For personal study, I'm reading <u>From the Garden to the City, The Redeeming and Corrupting Power of Technology</u> (John Dyer), a thin book espousing a Biblical viewpoint to the heavily research-based application to technology and which is a complement to <u>The Shallows: What the Internet is Doing to our Brains </u>(Nicholas Carr), which I just finished reading and reviewing line upon line, again and again.

For Bible Study (with others) I'm reading Lies Woman Believe (Nancy DeMoss Wolgemuth).  Also I am perusing <u>The New Testament Documents</u> (F.F. Bruce) in order to help me "to be ready to give an answer" during the expository cell block Study of the Gospel of John.  These Bible Studies (3 times/week) are the highlight of my week.

016981

For personal devotions I am reading <u>The Kingdom of the Cults</u> (Walter Martin), a formidable dissertation of various cults we may encounter; <u>Correcting the Cults: Expert Responses to their Scripture Twisting</u> (Norman L. Geisler & Ron Rhodes), a verse-by-verse "Q&A" enlisting the majority books of the Bible ; and <u>Gripped by a Dark Hand</u> (Paul Weaver), a book detailing the varying occult and witchcraft practices prevalent today.  When I'm done with <u>Gripped…</u>, I will read <u>How to Protect Your Child from the New Age and Spiritual Deception</u> (Berit Kjos), a book detailing how "media" is saturated with spiritualism.  Remember "media" includes printed materials.  Spiritualism and/or an eclectic religious view seems to be prevalent in today's society.  Consequently, I want to study it in depth so I can better "give an answer" for my hope which I find in Jesus.

Yes, I still read straight from God's Word:  currently John, Proverbs and Exodus and all the written verses (I look up your references too =) ) which you send me.  =)

Saturdays and Sundays I devote to reading and letter writing and occasionally napping.

I read for pleasure and for me there is no greater pleasure in reading than learning something new for the purpose of strengthening and protecting my relationship with Christ, helping others in various ways (some of you have been recipients of my excitement of certain topics which I thought you'd enjoy knowing about ={ ) and in learning information which helps me to "give an answer for the hope which lies within <u>with all gentleness and meekness</u>."  I've always read like this; however, I'll admit that being in jail does afford me more opportunity to learn.  It's bittersweet though because I'd rather be spending time with my daughter.  Even so, I have a choice on how to spend my time.  I've always said, "You make time for what's important to you." And, "There's a silver lining in <u>every</u> situation."

Thank you all for your prayers for me and especially for Isabella.

> *There will be grace, grace to make it through this trial,*
> *There will be strength, strength to walk another mile,*
> *There will be hope when I've done all I can,*
> *I'm glad to know it's in the Saviors hands....*

Serving Him,
      Lisa Miller #149005A
      Niagara County Jail
      PO box 496
      Lockport, NY  14095

P.S.  I can receive photos now (not on cardboard but real photos =)).  I would really enjoy receiving family photos with your names and address on the back.  It helps me with prayer times and to put a face to your name.  Just the other night I woke up with one of you on my mind, staying up to pray for you.  When I awoke in the morning I pulled your picture out of my photo envelope and prayed more as well as penned a letter to you, mailing it by using your address on the back of the photo.  I may not have had your address readily available because I mail out my opened mail every 6 weeks or so.  This means if you didn't just recently write me I wouldn't have your address with me.  Thank you in advance if you are able to send a photo.

Friends of Lisa Miller built and maintain this website as a source of current information about her case, and a place for people to be able to donate funds to help pay legal costs and other expenses.

016982

s://www.paypal.co
_button_id=C3AW

---

All funds donated will be used for legal expenses for Lisa, Isabella and others involved in the case with substantial expense.  Funds may also be used for prison expenses for Lisa and support expenses for Isabella.  The costs surrounding this case are substantial and your generous donation on Lisa's behalf is appreciated. Should excess funds be raised they will be used for mission support.
"Bear ye one another's burdens and so fulfill the law of Christ." Galatians 6:2
"Remember them that are in bonds, as bound with them; and them which suffer adversity, as being yourselves also in the body." Hebrews 13:3
God bless you!

© 2021 **helplisamiller.org (http://helplisamiller.org)**

016983